**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2008**

TYRONE HURT,

      Plaintiff - Appellant,

        v.

U.S. CONSTITUTION; REV. WILLIAM T. BOOKER; ALL NATIONAL CLERGY; UNITED STATES OF AMERICA; DONALD TRUMP, President of the United States; THE WHITE HOUSE; UNITED STATES SENATE; UNITED STATES HOUSE OF REPRESENTATIVES; INTERNATIONAL CRIMINAL COURTS; INTERNATIONAL PEACE COURT,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:17-mc-00029-H)

Submitted:  September 11, 2018                     Decided:  September 20, 2018

Before KEENAN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tyrone Hurt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

We previously dismissed this appeal for failure to prosecute, 4th Cir. Local R. 45. Tyrone Hurt moves to reopen the appeal. We grant the motion to reopen.

Turning to the merits of the appeal, Hurt appeals the district court's order dismissing his civil complaint. We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Hurt v. U.S. Constitution*, No. 5:17-mc-00029-H (E.D.N.C. Aug. 21, 2017). The motions for appointment of counsel and for initial hearing en banc are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*